**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JASON DEWAYNE HUFNAGLE | ) | BANKRUPTCY CASE NUMBER 08-12098 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 3 | Steuben County REMC<br>Post Office Box 359<br>Angola, Indiana  46703 | $ 3.24 |
| CLAIM # 9 | Waste Management RMC<br>2421 West Peoria Avenue<br>Phoenix, Arizona  85029 | $ 2.79 |
| CLAIM #11 | St. Joseph Medical Group<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana  46802 | $ 2.55 |
| | **TOTAL:** | **$ 8.58** |

Respectfully submitted,

       /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of March, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven